UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MP BEDFORD PROPERTY LLC,

      Petitioner,

  v.

NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO,

      Respondent.

---

Case No. 20-cv-9050-JSR

ORDER

    Following telephonic conference by Chambers with counsel for the respective parties, the time for Respondent to oppose, move or otherwise respond to Petitioner's motion and related papers in this action is extended for the first-time, upon Respondent's request and Petitioner's consent, from November 18 to December 3, 2020.

SO ORDERED

_____
Jed S. Rakoff, U.S.D.J.

DATED: New York, NY
          November 12, 2020

{00678826-1}