# EXHIBIT C

New York Hotel and Motel Trades Council, AFL-CIO • 707 Eighth Avenue, New York, NY 10036 • Telephone (212) 245-8100 • Legal Department Fax (212) 977-4450 • www.hotelworkers.org

November 13, 2020
Via Electronic Mail

Robert Lafferty (rlafferty@highgate.com)
SVP of Labor Relations and Labor Counsel
Highgate Hotels
700 8th Avenue
New York, NY 10036

Re:  Renwick Hotel – Request for Information

Dear Mr. Lafferty,

In conjunction with the pending arbitration between the Union and the Renwick Hotel ("Hotel"), and the recent Article 59(E) notice regarding a possible transfer of interest in the Hotel for use as a shelter, the Union would like to better understand the relationship between the parties that have an ownership interest in, operate, and/or manage the Hotel. As such please provide the following information as soon as possible:

1. Any and all management agreements;
2. Any and all mortgage documents;
3. Any and all Subordination and Non-Disturbance Agreements (SNDAs);
4. Any and all lease agreements;
5. Any loan or similar documents that gives a party an interest or lien on the property;
6. Any and all concessionaire agreements; and
7. Any and all other leases and/or contracts to provide services that require on-site labor at the hotel.

Please feel free to give me a call if you have any questions. Thank you in advance for your anticipated cooperation.

Sincerely,

/s/
Amy Bokerman
General Counsel

Cc:  Paul Rosenberg
     Joseph Farelli

# 11/16/2020

MEETING DATE

11/16/2020

COMMITTEE

Housing, Homeless, & Human Rights

MINUTES

MEETING AGENDA

1. Presentation by CORE Services Group and the Department of Homeless Services on a new permanent homeless shelter for adult families at 118 East 40th Street
2. Discussion on City Council Intro 1977-2020, a law which would give qualified entities a first opportunity to purchase certain residential buildings when offered for sale
3. Chair's Report
4. Old/New Business

PRESENTATIONS

JOINT WITH?