# EXHIBIT D

# Joseph Farelli

| | |
|---|---|
| **From:** | Rosenberg, Paul <prosenberg@bakerlaw.com> |
| **Sent:** | Monday, November 23, 2020 1:46 PM |
| **To:** | Joseph Farelli |
| **Cc:** | rlafferty@highgate.com; Bokerman, Amy |
| **Subject:** | Renwick Hotel; U20-291 |
| **Attachments:** | Doc 11-20-2020 09-51-25.pdf; bedford closing.pdf |

In furtherance to the correspondence below:

1. Mr. Lafferty has provided information responsive to item #1 from your request.

2. Mr. Lafferty has provided all correspondence responsive to item #2 from your request. Ownership maintains its objection that any documents or correspondence being offered for the purpose of showing there is a "possible" transfer of majority ownership or management control of the Hotel is irrelevant to the question of whether the Hotel currently owes Article 52 severance and/or Schedule B Maintenance of Benefits

3. As the emails which Mr. Lafferty has provided confirm, there are no request for proposals, contracts, agreements, or the like with DHS or any other third party. Without waiver of any objections, the attached pages from the ground lease provide that a homeless shelter is not a permitted use for the property.

4. Attached is the MOU discussed during the Hearing confirming the prior agreement between the hotel and union regarding Article 52 severance.


**From:** Rosenberg, Paul
**Sent:** Friday, November 20, 2020 5:21 PM
**To:** 'Joseph Farelli' <jfarelli@pittalaw.com>; Robert Lafferty <rlafferty@highgate.com>
**Cc:** Bokerman, Amy <abokerman@nyhtc.org>
**Subject:** RE: Renwick Hotel; U20-291

Impartial Chairperson Shriftman gave the parties one week (11/23) to exchange documents. It seems like Mr. Lafferty has graciously provided you with information responsive to both requests and then some.

I will let you know on or before Monday – the deadline Chairperson Shriftman set- whether owner has anything further to add.

Disagree regarding your statement on homeless shelter use.

1

**From:** Joseph Farelli <jfarelli@pittalaw.com>
**Sent:** Friday, November 20, 2020 5:00 PM
**To:** Robert Lafferty <rlafferty@highgate.com>; Rosenberg, Paul <prosenberg@bakerlaw.com>
**Cc:** Bokerman, Amy <abokerman@nyhtc.org>
**Subject:** RE: Renwick Hotel; U20-291

[External Email: Use caution when clicking on links or opening attachments.]

Dear Mr. Rosenberg:

While we have received some information responsiveness to the 2 requests for information the Union made at the last hearing in this matter, we have received nothing from the Owner or you as their attorney. Absent any information responsive to the same will cause the Union to request a conference call with Impartial Chairperson Shriftman to address the same. Any continued representation that the Owner has no plans to use the Hotel as a permanent homeless shelter is false.

Joseph F. Farelli, Esq.
Pitta LLP
120 Broadway, 28th Floor
New York, New York 10271
jfarelli@pittalaw.com
212-652-3831 Direct
212-652-3891 Fax

**From:** Joseph Farelli
**Sent:** Wednesday, November 18, 2020 12:50 PM
**To:** Robert Lafferty <rlafferty@highgate.com>; Rosenberg, Paul <prosenberg@bakerlaw.com>
**Cc:** Bokerman, Amy <abokerman@nyhtc.org>
**Subject:** Renwick Hotel; U20-291

Dear Mr. Lafferty and Mr. Rosenberg:

During the Nov. 16, 2020 arbitration hearing in the above-referenced matter, the Union requested for the record to be kept open so that the Union could receive and possible submit as evidence the following information:

2

1. Any and all daily PACE or PACER reports for the Hotel since September 1, 2020 which show actual and projected occupancy and room bookings for the period from September 1, 2020 through December 31, 2020.

2. Any and all documents, including but not limited to correspondence, e-mails, text messages, notes of conversations Request For Proposals, agreements, contracts. Relating to the use of the Hotel as a homeless shelter.

Please provide this information no later than November 20, 2020, as well as any privilege log in connection with the assertion of any privilege as a basis for failure to provide the above-requested information.

Joseph F. Farelli, Esq.
Pitta LLP
120 Broadway, 28th Floor
New York, New York 10271
jfarelli@pittalaw.com
212-652-3831 Direct
212-652-3891 Fax

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**LAW OFFICE OF WILLIAM COUDERT RAND**
501 Fifth Ave., 15th Floor
New York, New York 10017
(Phone) 212-286-1425; (fax) 646-688-3078
email:wcrand@wcrand.com

Via mail and email and fax

November 23, 2020

Ms. Joslyn Carter
Administrator
NYC Department of Homeless Services
Office of the Commissioner
33 Beaver Street, 17th Floor
New York, NY 10004
ServiceDSS@dss.nyc.gov
212-361-8000

Mr. Jack Brown
President & CEO
CORE Services Group
45 Main Street, Suite 711
Brooklyn, NY 11201
Telephone: (718) 801-8050 Fax: (718) 801-8051
Email: info@coresvcs.org

Ms. Alison Bernstein
Chief Executive Officer
Patch Media Corporation
584 Broadway Room 1206
New York, NY 10012
 (212) 274-2259

Ms. Alison Bernstein
Chief Executive Officer
Patch Media Corporation
134 W 29th St Fl 11
New York, NY 10001-5304

Re:   **FALSE STATEMENTS THAT RENWICK HOTEL WILL BE USED FOR HOMELESS SHELTER
CEASE AND DESIST AND RETRACTION LETTER**

Dear Sirs/Madams:

I represent the Owners of the Renwick Hotel and am writing to correct false statements that have been made regarding the use of the Renwick as a shelter for homeless families. See

1

attached Article dated November 17, 2020 by Nick Garber of Patch Media Corporation, entitled "Midtown's Renwick Hotel To Be Converted Into Homeless Shelter" (the "Article"). The Owners have leased the Renwick Hotel to a tenant under a 99 year lease and this lease requires that the hotel be operated as a first class hotel and does not permit use as a homeless shelter. Furthermore, the Owners have never agreed to allow the hotel to be used as a homeless shelter.

The Article reports that "representatives from the Department of Homeless Services" stated at a Community Board 6 Meeting that the Renwick Hotel would be operated as a homeless family shelter and planned to open on December 15, 2020.

The statement by these representatives is false and defamatory and is causing damage to the name and reputation of the Renwick Hotel. The Owners demand that you cease and desist from making any false statements about the Renwick being used as a homeless shelter and demand that you retract the false statements previously made. Please promptly provide proof of the retraction of these false statements.

Sincerely,

William C. Rand, Esq.

Enc.
cc:
Tenant: Gregory Blake; gblake@meadowpartners.com
Tenant Lender: D. Tyler Murnberg, Esq.: Tyler.Nurnberg@arnoldporter.com