# EXHIBIT F

# Joseph Farelli

| | |
|---|---|
| **From:** | Joseph Farelli |
| **Sent:** | Tuesday, December 22, 2020 5:56 PM |
| **To:** | Elliott D. Shriftman Esq. (Elliott.Shriftman@gmail.com) |
| **Cc:** | Rosenberg, Paul; Robert Lafferty; Alexander Soric; Bokerman, Amy; Joseph Farelli |
| **Subject:** | NYHTC and Renwick Hotel U20-180 |
| **Attachments:** | img-Z22174339-0001.pdf |

Please see the attached correspondence in the above-referenced matter.
Thank you.

Susan E. Gempler
Administrative Assistant
Pitta LLP
120 Broadway, 28th Floor
New York, New York 10271
212-652-3841
sgempler@pittalaw.com

1

# PITTA LLP
Attorneys at Law

120 Broadway<br>
28th Floor<br>
New York, New York 10271<br>
Telephone: (212) 652-3890<br>
Facsimile: (212) 652-3891<br>
<br>
Joseph F. Farelli<br>
Partner<br>
Direct Dial: (212) 652-3831<br>
jfarelli@pittalaw.com

December 22, 2020

**VIA E-MAIL**

Impartial Chairperson Elliott Shriftman
Office of the Impartial Chairperson
321 West 44th Street, Room 400
New York, New York 10036

Re:  In the Matter of the Arbitration between the New York Hotel and Motel Trades Council, AFL-CIO ("Union") and the Renwick Hotel ("Hotel"), U20-180

Dear Impartial Chairperson Shriftman:

The Impartial Chairperson issued an award, IC #2020-100 ("Award"), on December 16, 2020 in the above-referenced matter. Prior to the issuance of the Award, the Union had already amended the caption of the above-referenced matter to include claims against the Hotel regarding violations of Articles 57 and 59 of the IWA in connection in with the conversion of the Hotel to a permanent homeless shelter.

The Union requests an emergency hearing for reconsideration of the Award because the Hotel's violation of Article 57 supersedes the Impartial Chairperson's holding. Further, the Union requests clarification of the Award to adjudicate any additional issues left unaddressed in the Award (e.g. WARN Act, form of severance payments, additional damages, etc.)

Thank you for your attention to his matter.

Sincerely,

Joseph Farelli

cc:  Paul Rosenberg, Esq. (via e-mail)
Robert Lafferty, Esq. (via e-mail)
Alex Soric, Esq. (via e-mail)
Amy Bokerman, Esq. (via e-mail)

{00680241-2}