# EXHIBIT G

## Barry N. Saltzman

| | |
|---|---|
| **From:** | Pamela Ozoria <pozoria@impartialchairperson.org> |
| **Sent:** | Monday, January 4, 2021 5:28 PM |
| **To:** | Robert Lafferty; Gonzalez, Lisa; DeShawn Belton; Susan E. Gempler; Lopez, Cindy; Xochitl Rodriguez; Desiree Roy; Niki Franzitta; Joseph Farelli; Michael Bauman; Barry N. Saltzman; Jane Lauer Barker; Joseph M. Bonomo; Andrew D. Midgen; Ainka Scott-Antoine; Ngo, Yvonne; Alexander Soric; Jennifer M. Schmalz; Raisa Paniagua; Eng, Doug; Rybak, Julia; Arias, Sandy; Alyssa Tramposch; Bokerman, Amy; Vilma Caba; gmartin@nyhtc.org; David Rothfeld, Esq.; Paul Rosenberg; Alexander Soric; Amie Ravitz; Richard, Marie |
| **Subject:** | Emergency Hearing Notice - U20-291/Emergency |
| **Attachments:** | U20-291 Jan. 11.pdf; U20-291 Full Caption.pdf |

Please see notice attached.

## NOTICE OF EMERGENCY VIDEO* HEARING
## COVER SHEET

Robert Lafferty, Regional VP of HR & Labor Counsel
The Renwick NY
    **via email**

KANE KESSLER PC / Attn: Lisa Gonzalez, LA
    **via email**

PITTA LLP / Attn: Vincent Pitta, Esq.; Joseph Farelli, Esq.; Jane Lauer Barker, Esq.; Susan Gempler; Michael Bauman, Esq.; Joseph M. Bonomo, Esq.; Andrew Midgen, Esq.
    **via email**

| | |
|---|---|
| Deshawn Belton | **via email** |
| Niki Franzitta, Esq. | **via email** |
| Richard Maroko | **via email** |
| Marie Richard | **via email** |

**RE:**     **HTC Case #U20-291/Emergency**

==*Please note this hearing will take place via Zoom video, the invite will be sent the day before the hearing.==

Pamela Ozoria, IC Administrator
OFFICE OF THE IMPARTIAL CHAIRPERSON
321 West 44th Street
New York, NY 10036

1

# OFFICE OF THE IMPARTIAL CHAIRPERSON

321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 10036

TEL: (212) 541-7212   EMAIL: OFFICE@IMPARTIALCHAIRPERSON.ORG

HOTEL ASSOCIATION OF NEW YORK CITY, INC.          NEW YORK HOTEL & MOTEL TRADES COUNCIL

1/4/2021

Michael Hillier
Manager
The Renwick Hotel New York City, Curio Collection by Hilton
118 East 40th Street
New York, NY 10016-1741

Mr. Richard Maroko
New York Hotel & Motel Trades Council
707 Eighth Avenue
New York, NY 10036

**Sent Via Facsimile Or E-Mail to All Parties**

A hearing will be held on **Monday, January 11, 2021 at 1:30 PM** in the matter of the request of the Hotel Trades Council concerning:

> **#U20-291/Emergency hearing requested by the New York Hotel and Motel Trades Council, AFL-CIO against the Renwick Hotel, including MP Bedford Property LLC, owner, and Highgate Hotels LP, its managing agent, on their own behalf and on behalf of any affiliated and related entity and any current or future owner, manager or operator, and their respective successors or assigns (collectively, "Hotel") regarding the applicability of Office of the Impartial Chairperson decisions #2020-75 and #2020-80; the Hotel's failure to pay severance pursuant to Article 52 of the IWA; failure to provide sufficient notice of layoff.**
> **AMENDED CAPTION – Emergency hearing requested by the New York Hotel and Motel Trades Council, AFL-CIO against the Renwick Hotel, including MP Bedford Property LLC, owner, and**

In order that your interests may be protected, it is essential that you be present or represented at that time.

cc:   David Rothfeld, Esq.
      Vincent Pitta, Esq.
      Niki Franzitta, Esq., VP HANYC
      Joseph Farelli, Esq.
      Jane Lauer Barker, Esq.
      Joseph Bonomo, Esq.
      Alexander Soric, Esq.
      Joseph Tangredi, Esq.
      Jacklyn Ruocco, Esq.
      DeShawn Belton, Grievance Secretary
      Susan Gempler, Legal Assistant, Pitta LLP
      Lisa Gonzalez, Legal Assistant, Kane Kessler
      Marie Richard

OFFICE OF THE IMPARTIAL CHAIRPERSON
321 WEST 44TH STREET, SUITE 400
NEW YORK, NY 10036
TEL: (212) 541-7212   FAX: (646) 992-8103

**Emergency hearing requested by the New York Hotel and Motel Trades Council, AFL-CIO against the Renwick Hotel, including MP Bedford Property LLC, owner, and Highgate Hotels LP, its managing agent, on their own behalf and on behalf of any affiliated and related entity and any current or future owner, manager or operator, and their respective successors or assigns (collectively, "Hotel") regarding the applicability of Office of the Impartial Chairperson decisions #2020-75 and #2020-80; the Hotel's failure to pay severance pursuant to Article 52 of the IWA; failure to provide sufficient notice of layoff.**

**AMENDED CAPTION - Emergency hearing requested by the New York Hotel and Motel Trades Council, AFL-CIO against the Renwick Hotel, including MP Bedford Property LLC, owner, and Highgate Hotels LP, its managing agent, on their own behalf and on behalf of any affiliated and related entity and any current or future owner, manager or operator, and their respective successors or assigns (collectively, "Hotel") regarding the applicability of Office of the Impartial Chairperson decisions #2020-75 and #2020-80; the Hotel's failure to pay severance pursuant to Article 52 of the IWA; failure to provide sufficient notice of layoff; the Hotel's multiple violations of the IWA, including Articles 57 and 59; and the Hotel's failure to provide information.**