UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

MP BEDFORD PROPERTY LLC,

        Petitioner,

v.

NEW YORK HOTEL & MOTEL TRADES COUNCIL, AFL-CIO,

        Respondent.

---------------------------------------------------------X

Case No. 20-cv-9050-JSR

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their representative counsel that the above-captioned action is voluntarily dismissed, with prejudice. It is further stipulated and agreed that each party shall bear its own costs and fees.

PAUL ROSENBERG
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4299 (Phone)
(212) 589-4201 (fax)
prosenberg@bakerlaw.com

ANDREW M. GROSSMAN
(admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(202) 861-1697 (Phone)
(202) 861-1783 (fax)
agrossman@bakerlaw.com

*Attorneys for Petitioner*

Dated: February 3, 2021

PITTA LLP
Barry N. Saltzman
(bsaltzman@pittalaw.com)
Andrew D. Midgen
(amidgen@pittalaw.com)
120 Broadway, 28th Floor
New York, NY 10271
(212) 652-3890 (phone)
(212) 652-3891 (fax)

*Attorneys for Respondent Union*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2021, I caused a true and correct copy of the foregoing to be filed by the Court's ECF system and served via electronic filing upon all counsel of record in this case.

_____
Barry N. Saltzman

{00681687-1}